000\839963.1

Eugene Ashley (State Bar No. 171885)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiff
Hopkins & Carley, ALC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPKINS & CARLEY, ALC,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMSON ELITE, A DIVISION OF WEST PUBLISHING CORPORATION and DOES 1 through 25.<br><br>    Defendant. | CASE NO.  10-05806 LHK<br><br>**STIPULATION FOR DISMISSAL**<br><br>Dept.:     Courtroom 4, 5th Floor<br>Judge:    Lucy H. Koh |

## **STIPULATION FOR DISMISSAL**

IT IS HEREBY STIPULATED by and between plaintiff Hopkins & Carley, A Law Corporation ("H&C") and defendant Thomson Elite, A Division of West Publishing Corporation ("West") that:

1. Plaintiff H&C filed suit against WEST on September 28, 2011 in the Superior Court for the County of Santa Clara, State of California, captioned 1-10-CV-183762;

2. On December 21, 2010, defendant WEST filed a Notice of Removal of Civil Action – Diversity through which it removed the suit to the United States District Court for the Northern District of California, where it was assigned to the Honorable Lucy H. Koh;

-1-

1  3. On December 28, 2011, defendant WEST filed a Motion to Compel Binding
2  Arbitration and to Dismiss or Stay this action;

3  4. On March 31, 2011, the Court heard oral arguments on the motion to compel
4  binding arbitration and to dismiss or stay this action; and

5  5. On April 6, 2011, the Court issued its order granting the motion to compel
6  arbitration and ordering that the parties stipulate to dismiss the action without prejudice subject to
7  the execution of an agreement tolling the applicable statutes of limitation.

8  IT IS HEREBY STIPULATED by and between Plaintiff Hopkins & Carley, ALC (H&C)
9  and THOMSON ELITE, A DIVISION OF WEST PUBLISHING CORPORATION (WEST) that:

10  Consistent with the Court's Order dated April 6, 2011 granting WEST's motion to compel
11  binding arbitration, that this matter shall be dismissed without prejudice, and the applicable
12  statutes of limitation shall be tolled as set forth in the Tolling Agreement attached hereto as
13  Exhibit A.

14  IT IS SO STIPULATED.

Dated: April 21, 2011                HOPKINS & CARLEY

                                     By:    /s/   Eugene Ashley
                                         Eugene Ashley, Esq.
                                         Attorneys for Plaintiff

                                     DRINKER BIDDLE & REATH LLP
Dated: April 21, 2011

                                     By:    /s/   Sheldon Eisenberg
                                         Sheldon Eisenberg, Esq.
                                         Attorneys for Defendant

IT IS SO ORDERED.  The Clerk shall close the file.

Dated: April 22, 2011                _____
                                     The Honorable Lucy H. Koh

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE

000\839963.1                         -2-

STIPULATION FOR DISMISSAL                              CASE NO. 10-05806 LHK